SLIP OP. 07–181

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HONORABLE GREGORY W. CARMAN, JR., JUDGE

| | |
|---|---|
| UGINE AND ALZ BELGIUM, ARCELOR STAINLESS USA, LLC, AND ARCELOR TRADING USA, LLC, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES, <br><br> *Defendant,* <br><br> and <br><br> ALLEGHENY LUDLUM, AK STEEL CORP., BUTLER ARMCO INDEPENDENT UNION, UNITED STEELWORKERS OF AMERICA, AFL-CIO/CLC, AND ZANESVILLE ARMCO INDEPENDENT ORGANIZATION, <br><br> *Defendant-Intervenors.* | No. 05-00444 |

## JUDGMENT

The Department of Commerce, International Trade Administration ("Commerce") having submitted its *Final Results of Redetermination Pursuant to Court Remand in Ugine and ALZ Belgium, N.V., Arcelor Stainless USA, LLC, and Arcelor Trading, USA, LLC v. United States,* Consol. Ct. No. 05-00444, Slip Op. 07-145 (Oct. 1, 2007) ("Remand Results"), and the Court having reviewed the Remand Results and all relevant submission thereto, it is hereby

ORDERED that the Remand Results are affirmed in all respects; and it is further

ORDERED that Commerce shall issue the revised instructions of the Remand Results at the time the pending injunction in this case issued on August 29, 2006 is terminated; and it is further

ORDERED that this case is dismissed.

/S/        Gregory W. Carman
                                  Judge

Date: 18 day of Dec , 2007
New York, New York